FILED
IN OPEN COURT
JUN 17 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SABA DOVLATABATI,<br><br>Defendant. | No. 1:25-cr-155 |

**CRIMINAL INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 13, 2024, in Springfield, Virginia, within the Eastern District of Virginia, the defendant, SABA DOVLATABATI, knowingly received and possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, namely, a black in color silencer with ridges on the exterior, a hole on one end of the cylinder for a discharged bullet to exit through, and threading on the other end of the cylinder enabling its attachment to a firearm.

(In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d), and 5871.)

## FORFEITURE NOTICE

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, SABA DOVLATABATI, is hereby notified that, if convicted of the offense set forth in Count One of this Information, the defendant, SABA DOVLATABATI, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303, the following: (1) any firearms and ammunition used in or involved in the offense; and (2) any aircraft, vehicle, or vessel involved in the violation.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, SABA DOVLATABATI, shall forfeit substitute property, if, by any act or omission of the defendant, SABA DOVLATABATI, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Federal Rule of Criminal Procedure 32.2; Title 26, United States Code, Section 5872; Title 18, United States Code, Sections 924(d); Title 49 United States Code, Section 80303; Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).)

Respectfully submitted,

Erik S. Siebert
United States Attorney

6/17/25
Date

Ronald L. Walutes, Jr.
Assistant United States Attorney