FILED
IN OPEN COURT
JUN 17 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.

SABA DOVLATABATI,

Defendant.

No. 1:25-cr-155

**STATEMENT OF FACTS**

The United States and the defendant, SABA DOVLATABATI, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On about August 13, 2024, in Springfield, Virginia, within the Eastern District of Virginia, the defendant knowingly received and possessed a firearm not registered to him in the National Firearms Registration and Transfer Record, namely, a black in color silencer with ridges on the exterior, a hole on one end of the cylinder for a discharged bullet to exit through, and threading on the other end of the cylinder enabling its attachment to a firearm.

2. In addition to the assembled silencer identified above, unassembled silencers and silencer parts, also not registered to the defendant in the National Registration and Transfer Record, as required by law, were seized inside his Springfield, Virginia, residence during the execution of a federal search warrant on or about August 13, 2024.

3. Between in and around January 2024 and in and around April 2024, the defendant, willfully and knowingly and with intent to defraud the United States, possessed and attempted to possess firearm silencer parts to include tubes, baffles and suppressors, of an

approximate value of $435, not registered to the defendant in the National Registration and Transfer Record, as required by law. Once assembled, the firearm silencer parts the defendant possessed or attempted to possess would constitute three (3) completed functional silencers.

4. The silencer and silencer parts that the defendant received, possessed, or attempted to possess are firearms within the meaning of 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(3)(C).

5. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

6. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert
United States Attorney

6/17/25
Date

By: ______________________
Ronald L. Walutes, Jr.
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

6/17/2025
Date

SABA DOVLATABATI
Defendant

I am SABA DOVLATABATI's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

6/17/25
Date

Nina Ginsberg, Esq.
Counsel for the Defendant